UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------
:
MICHELLE COOKSEY,                                : CASE NO. 1:17-cv-1378
:
    Plaintiff,                                    :
:
vs.                                              : OPINION AND ORDER
:  [Resolving Doc. 1]
COMMISSIONER OF SOCIAL SECURITY,                 :
:
    Defendant.                                   :
:
------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 29, 2017, Plaintiff Michelle Cooksey filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny her application for Disability Insurance Benefits.[1] The Court referred the matter to Magistrate Judge Kathleen B. Burke.

On June 7, 2018, Magistrate Judge Burke issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to Magistrate Judge Burke's R&R were due June 21, 2018. That date has passed, and neither party has filed any objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[3] Failure to timely object waives a party's right to appeal the magistrate's report.[4] So, where a party does not object to the R&R, a district court may adopt it without review.[5]

---

[1] Doc. 1.
[2] Doc. 15.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149–50.

Case No. 1:17-cv-1378
Gwin, J.

Accordingly, in light of the parties' decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Burke's R&R, incorporates it as if fully restated herein, and **AFFIRMS** the Commissioner's decision.

IT IS SO ORDERED.

Dated: July 25, 2018         *s/  James S. Gwin*
                    JAMES S. GWIN
                    UNITED STATES DISTRICT JUDGE